CHRISTINA M. MEHRIARY, Petitioners, v. Mehriary V.
Docket No. 18291-13 United States Tax Court
2015 U.S. Tax Ct. LEXIS 29; July 9, 2015, Filed
Decision text below is the first available text from the court; it has not been editorially reviewed by LexisNexis. Publisher's editorial review, including Headnotes, Case Summary, Shepard's analysis or any amendments will be added in accordance with LexisNexis editorial guidelines.
*29 v. ) Docket No. 18291-13. ) COMMISSIONER OF INTERNAL REVENUE, ) ) Respondent ) ORDER
For cause, it is
ORDERED: That the Court's Opinion filed July 9, 2015, T.C. Memo. 2015-
126 is hereby amended as follows:
On page 1, delete the name of Christopher A. Pavilonis.
On page 1, strike the name Gary A. Begun. Substitute instead, with A. Gary Begun.
On page 1, on line 2, strike the amount "$19,225" and substitute, instead the amount of "$19,255."
(Signed) Joseph W. Nega
Judge
Dated: Washington, D.C.
July 15, 2015
SERVED Jul 15 2015